Submitted on record and briefs April 18, reversed and remanded for reconsideration
October 25, 1995

In the Matter of the Compensation of
Robbie W. Worthen, Deceased, Claimant.

Dorothy WORTHEN,
Personal Representative for the
Estate of Robbie W. Worthen,
*Petitioner,*

*v.*

LUMBERMEN'S UNDERWRITING
ALLIANCE, INC.
*Respondent.*

(WCB TP-93011; CA A83303)

904 P2d 1091

G. Jefferson Campbell, Jr., filed the brief for petitioner.

Kenneth L. Kleinsmith and Meyers, Radler, Replogle & Bohy filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Worthen v. Lumbermen's Underwriting (A84846)*, 137 Or App 368, 904 P2d 1088 (1995).